UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In re** | * |
| | * |
| **C.J. FISHER & SONS, INC.,** | *   Case No. 07-10419-SSM |
| | *   Chapter 7 |
| **Debtor.** | * |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Verizon – Bankruptcy Department & RBS<br>P.O. Box 25087<br>Wilmington, DE 19802 | $39.30 |

Date: 5/17/10

/s/ Donald F. King, Trustee
DONALD F. KING, TRUSTEE
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Direct: 703-218-2116
Fax:    703-218-2160
E-Mail: donking@ofplaw.com

#1230151v1 Unclaimed Funds Rpt 31070/02010

